UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KANG-SHEN CHEN,<br><br>             Plaintiff,<br><br>      v.<br><br>PAUL BECK, et al.,<br><br>             Defendants. | Case No. SACV 12-1147 R (AJW)<br><br>**JUDGMENT** |

It is hereby adjudged that the action is dismissed without prejudice.

DATED:  Dec. 4, 2012

_____
Manuel L. Real
United States District Judge